# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

HECTOR PEREZ

NO. 2023 KW 0152

**APRIL 24, 2023**

---

In Re:  Hector Perez, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 472557.

---

**BEFORE:  WELCH, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

*a.* 𝒮𝓌

DEPUTY CLERK OF COURT
FOR THE COURT